[This decision has been published in *Ohio Official Reports* at 93 Ohio St.3d 1231.]

ESTATE OF OLIVER, APPELLANT, *v.* DEWEY ET AL.; LIBERTY MUTUAL FIRE
INSURANCE COMPANY, APPELLEE.

[Cite as *Estate of Oliver v. Dewey*, 2001-Ohio-1889.]

*Appeal dismissed as improvidently allowed.*

(No. 00-2123—Submitted October 31, 2001—Decided December 12, 2001.)

APPEAL from the Court of Appeals for Lake County, No. 99-L-156.

————————————

{¶ 1} The cause is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————

*Joseph L. Coticchia*, for appellant.

*Reid, Berry, Marshall & Wargo, Timothy T. Reid* and *P. Kohl Schneider*, for appellee.

————————————